IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> TESTA CORPORATION, a Massachusetts corporation, in personam, TESTA LEASING CORPORATION, a Massachusetts corporation, in personam, MRP SITE DEVELOPMENT BUSINESS TRUST, a Massachusetts trust, in personam, DEMO, INC., a Massachusetts corporation, in personam, STEVEN D. TESTA, a individual resident and citizen of Massachusetts, in personam, the vessel "SHANA LEE" (Official Number 1078928), in rem, and the vessel "M/V ANNA" (Official Number 1085991), in rem, <br><br> Defendants. | Case No. 12-10380-GAO |

## PRELIMINARY INJUCTION AND ORDER OF REPLEVIN

This matter comes before the Court on the Motion of Plaintiff, General Electric Capital Corporation ("GE Capital"), for an Order of Replevin, Temporary Restraining Order, and Preliminary Injunction (the "Motion"). Due and proper notice having been given to Defendants, Testa Corporation ("Testa Corp."), Testa Leasing Corporation ("Testa Leasing Corp." and together with Testa Corp., the "Debtors"), MRP Site Development Business Trust (the "Trust"), Demo, Inc. ("Demo"), and Steven D. Testa ("Testa," and together with the Trust and Demo, the "Guarantors", and together with the Debtors, the "Defendants"); the Court having subject matter and personal jurisdiction over the Defendants and the matters set forth in the Verified Complaint; the Court having considered the Verified Complaint and the exhibits attached thereto, the

Motion, the Affidavit of William A. Eynon (the "Eynon Affidavit"), and Plaintiff's Memorandum in support of the Motion:

IT IS HEREBY PROVISIONALLY FOUND THAT:

1. The Defendants are in payment default under the Agreements.[1]

2. GE Capital possesses a first priority security interest in the equipment listed in . "Exhibit U" to the Verified Complaint, and a list of that equipment (the "Equipment") is attached to this Order as "Exhibit A."

3. The Agreements entitle GE Capital to repossess and remove the Equipment in the event of a payment default by the Defendants.

4. To date, the GE Capital has not reclaimed, and Defendants have not returned, the Equipment.

5. The inability of Defendants to satisfy its arrearages to GE Capital indicates that Defendants likely would be unable to pay any substantial money judgment entered against them.

6. Defendants have or should have mechanisms which enable them to identify the location and operational status of the Equipment.

7. GE Capital will suffer irreparable injury for which no adequate remedy at law exists unless Defendants and other persons and firms having knowledge of this injunction are: (a) enjoined from continuing to use the Equipment; (b) prevented from utilizing the Equipment; (c) ordered to advise GE Capital of the precise location of each and every item of the Equipment; and (d) ordered to surrender the Equipment to GE Capital.

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning given to them in the Motion.

Based on these provisional findings, the Verified Complaint and exhibits attached thereto, IT IS HEREBY ORDERED THAT, effective immediately:

(a) The Motion (dkt. no. 2) is hereby granted.

(b) Defendants, and any of their responsible managing agents, officers, directors, or employees (acting within the scope of his or her office or employment), and any other person or entity in active concert or participation with them having actual notice of this Order by personal service or otherwise, are hereby enjoined and restrained as follows:

    A. from using, leasing, encumbrancing, hypothecating, liening, assigning, pledging, selling, transferring, or disposing of the Equipment either in the operation of the business of Debtors or otherwise, except as may be necessary to move or transport the Equipment in order to comply with this Order; and

    B. restricting, limiting or conditioning either the access of GE Capital to the Equipment, or GE Capital's ability to take possession of the Equipment.

(c) Defendants, and any of their responsible managing agents, officers, directors, or employees (acting within the scope of his or her office or employment), and any other person or entity in active concert or participation with them having actual notice of this Order by personal service or otherwise, are hereby required to:

    A. contact GE Capital's representative, as set forth in Paragraph "(e)" below, by the end of the next business day following entry of this order, and at that time disclose the precise location of each and every item of Equipment; and

    B. by the end of the second business day following entry of this order, surrender the Equipment in their possession, custody, or control to GE Capital at one or more locations to be designated by GE Capital's representative and take all actions necessary to allow

GE Capital to obtain access to and possession of the Equipment, including terminating subleases, if any, and obtaining the Equipment from any third parties who may have possession, custody, or control over the Equipment, including but not limited to third party sub-lessors.

C. if the Defendants fail to surrender the Equipment as ordered herein, GE Capital may employ the United States Marshals' Office to assist it in obtaining the Equipment, and the United States Marshals' Office is hereby authorized to use whatever reasonable means necessary in order to allow GE Capital to obtain access to and remove the Equipment from wherever the Equipment is located including, if necessary, employing a locksmith to gain entry onto any land or premises.

(d) Defendants shall immediately notify all responsible managing agents, officers, directors, and employees of Testa Corp., Testa Leasing Corp., the Trust, and Demo of the entry of this Order and the terms hereof.

(e) Plaintiffs' representative for purposes of this order is:

>William A. Eynon
>Phone: 1 203-749-6621
>e-mail address: william.a.eynon@ge.com

(f) To the extent Paragraphs "(b)" through "(d)" are not satisfied, GE Capital is entitled to take discovery with respect to those issues on an expedited basis. Defendants shall respond to interrogatories, requests to produce documents and request for admissions within 3 business days after service. Service of such discovery requests may be by overnight delivery directed to the party's last known address, unless the Defendants notify GE Capital of other addresses to be used for this purpose. GE Capital may take depositions of the Defendants and non-party witnesses upon 48 hour notice to the other parties.

(g) Pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, GE Capital shall post a bond in the amount of Twenty Five Thousand Dollars ($25,000) as security for any costs and damages as may be incurred or suffered by the Defendants should any court later determine (i) that the injunction hereby was inappropriately granted or (ii) that such costs and damages incurred were caused to the physical property of the Defendants by GE Capital or those acting on its behalf in obtaining or removing the Equipment through unreasonable methods or means.

/s/ George A. O'Toole, Jr.
United States District Judge

Dated: March 22, 2012

# EXHIBIT A

| Make | Description | Model | Serial Number | location |
|---|---|---|---|---|
| Gradall | Gradall Excavator | XL 5200 | 5200000740 | Plaistow, NH yard |
| Komatsu | Komatsu excavator | PC1250LC-7 | 20304 | Schenectady, NY site |
| Brokk | Brokk excavator | 180 | 941409 | Plaistow, NH yard |
| | center console steel boat | | CCSB-0001 | Plaistow, NH yard |
| Weldcraft | aluminum workboat | 1648VCDS | WKGG6115B696 | Plaistow, NH yard |
| Weldcraft | aluminum workboat | 1648VCDS | | Plaistow, NH yard |
| | aluminum skiff | | | Saugus, MA job site |
| Robells | 20' Aluminum Jon Boat | | LOA118E606 | Saugus, MA job site |
| Bobcat | open sweeper | BA18 | | |
| Atlas Copco | hydraulic hammer | SBC850 | KAL000405 (33566) | Plaistow, NH yard |
| Atlas Copco | hydraulic hammer | SBC850 | 33723 | Randolph, MA job |
| Caterpillar | Cat wheel loader | 988G | CAT0988GHBNH00804 | Slidell, LA job site |
| Caterpillar | skidsteer loader | 226 | MJH06885 | Plaistow, NH yard |
| Caterpillar | skidsteer loader | 226 | CAT0226BPMJH7096 | Plaistow, NH yard |
| Caterpillar | forklift attachment | 226 | 65SSFP011858 | Plaistow, NH yard |
| Caterpillar | Skidsteer loader | 226 | CAT02262266BTMJH11356 | Middleton, MA job |
| Caterpillar | skidsteer loader | 262 | CED01963 | Newark, NJ yard |
| Caterpillar | mini excavator | 302.5 | 4AZ00682 | Plaistow, NH yard |
| Caterpillar | mini excavator | 304.5 | WAK01138 | Plaistow, NH yard |
| Caterpillar | forklift attachment | 980 | | |
| Caterpillar | forklift attachment | BF988F | 7PW00433 | Plaistow, NH yard |
| Caterpillar | forklift attachment | 992 | | Slidell, LA job site |
| Caterpillar | hydraulic hammer | H-12X | 41582 | Milford, MA shop |
| Caterpillar | Cat excavator | 235D | 8KJ00311 | Plaistow, NH yard |
| Caterpillar | skidsteer loader | 257B | CAT0257BLSLK05454 | Plaistow, NH yard |
| Caterpillar | Cat crawler tractor | 977L | 11K06494 | Plaistow, NH yard |
| Caterpillar | Cat loader | 980B | 42H769 | Plaistow, NH yard |
| Caterpillar | grapple bucket | 988G | 7KW00889 | Slidell, LA job site |
| Caterpillar | boom | MHA988G | 8AW00315 | Plaistow, NH yard |

Testa Leasing Corp.                Equipment Description and Location

| Caterpillar | stone bucket | 988G | 7NW2127 | Plaistow, NH yard |
|---|---|---|---|---|
| Caterpillar | forklift attachment | 988G | 7PW1270 | Slidell, LA job site |
| Caterpillar | Cat water truck | D350D | 9RF00440 | Plaistow, NH yard |
| Caterpillar | Cat truck | D350D | 9RF00441 | Plaistow, NH yard |
| Caterpillar | hydraulic hammer | H50 | 5MZ00201 | Milford, MA shop |
| Caterpillar | hydraulic hammer | H63 | | Plaistow, NH yard |
| Caterpillar | sweeper attachment | BA18 | AZN00156 | Plaistow, NH yard |
| Caterpillar | sweeper attachment | BA18 | | |
| | stacker with magnet | | | Newark, NJ yard |
| | cleats | 13 CLEATS | | Plaistow, NH yard |
| | ramp | | F-67 | Plaistow, NH yard |
| | ramp | | F-45 | Plaistow, NH yard |
| | ramp | | F-185 | Plaistow, NH yard |
| | ramp | | M-62 | Plaistow, NH yard |
| | ramp | | M-68 | Plaistow, NH yard |
| | ramp | | | Plaistow, NH yard |
| Flexifloat | Series 50 flexiboat | | Connected to make barge | Everett, MA job site |
| Flexifloat | Series 50 flexiboat | | | Everett, MA job site |
| Flexifloat | Series 50 flexiboat | | | Everett, MA job site |
| | spud well | | | Plaistow, NH yard |
| Fuchs-Bagger | rubber tire excavator w/magnet | MHL350 | 22550200074 | Haverhill, MA site |
| Genie | light tower | TML-4000N | TML02-640 | Plaistow, NH yard |
| Genie | light tower | TML-4000N | TML02-641 | Plaistow, NH yard |
| Hawco | hyd. clam bucket | | | Plaistow, NH yard |
| Komatsu | Komatsu excavator | PC 750 LC-6 | 10182 | Chelsea, MA job site |
| Komatsu | Komatsu excavator | PC 1000 SE-1 | 10293 | Newark, NJ yard |
| LaBounty | grapple | 170HDR | 17314 | Plaistow, NH yard |
| LaBounty | shear | MSD175R | 175910 | Morrisville, PA job |
| LaBounty | shear | MSD200R | 200107 | Newark, NJ yard |
| LaBounty | shear | MSD200R | 200108 | Plaistow, NH yard |
| LaBounty | UP 90 | | UP9052 | Plaistow, NH yard |

| | | | | |
|---|---|---|---|---|
| LaBounty | Universal processor | | 90CP105 | Plaistow, NH yard |
| LaBounty | cracker | | 90CC23 | Plaistow, NH yard |
| LaBounty | grapple | 170HDR | 17229 | |
| LaBounty | grapple | 170HDR | 17218 | |
| LaBounty | grapple | 140HDR | 14606 | Plaistow, NH yard |
| LaBounty | grapple | 140HDR | 14607 | Plaistow, NH yard |
| LaBounty | grapple | 140HDR | 14608 | Plaistow, NH yard |
| LaBounty | grapple | 160HDR | 16634 | Plaistow, NH yard |
| LaBounty | grapple | 160HDR | 16637 | Plaistow, NH yard |
| LaBounty | grapple | 160HDR | 16638 | Plaistow, NH yard |
| LaBounty | grapple | 160HDR | 16478 | |
| LaBounty | grapple | 160HDR | 16479 | |
| LaBounty | grapple | 160HDR | 16480 | |
| LaBounty | grapple | 160HDR | 16598 | Plaistow, NH yard |
| LaBounty | grapple | 160HDR | 16633 | |
| LaBounty | grapple | 160HDR | 16636 | Plaistow, NH yard |
| LaBounty | grapple | 170HDR | 17315 | Slidell, LA job site |
| LaBounty | grapple | 170HDR | 17306 | Plaistow, NH yard |
| LaBounty | grapple | 170HDR | 17275 | Newark, NJ yard |
| LaBounty | grapple | 170HDRSA | 17232 | |
| LaBounty | Concrete pulverizer | CP100 | 100318 | Plaistow, NH yard |
| LaBounty | Concrete pulverizer | CP120 | CP120227 | Plaistow, NH yard |
| LaBounty | shear | MSD105R | 105508 | Plaistow, NH yard |
| LaBounty | shear | MSD112 | 112582 | Plaistow, NH yard |
| LaBounty | concrete pulverizer | UP20 | 20CP106 | Plaistow, NH yard |
| LaBounty | shear jaw | UP20 | 20SH89 | Plaistow, NH yard |
| LaBounty | Universal processor | UP20 | UP20116 | Plaistow, NH yard |
| LaBounty | Add A Boot | | 4398 | Plaistow, NH yard |
| LaBounty | Add A Boot | | 4298 | Plaistow, NH yard |
| LaBounty | Add A Boot | | 650-01 | Plaistow, NH yard |

| Mantis | 50 Ton crane | 14010 | 100107 | Plaistow, NH yard |
|---|---|---|---|---|
| Mantis | Transporter | MT60 | 8030 | Plaistow, NH yard |
| Mulitquip | Generator set w/trailer | Whisper | 84000007 | Plaistow, NH yard |
| NPK | hydraulic hammer | H-3X-A | 33198 | |
| NPK | hydraulic hammer | H-4XE | 57439 | Milford, MA shop |
| NPK | hydraulic hammer | H-8X | 47054 | Plaistow, NH yard |
| NPK | hydraulic hammer | E-208 | 72472 | Plaistow, NH yard |
| NPK | hydraulic hammer | 16X | 54634 | Plaistow, NH yard |
| NPK | hydraulic hammer | GH-15 | 82219 | Middleton, MA job |
| NPK | grapple | | | |
| NPK | grapple | | 8604 | Plaistow, NH yard |
| NPK | grapple | | 8605 | Plaistow, NH yard |
| Read | screener | CV-150D | 617 | Cheasapeake, VA |
| | Steel skiff workboat | | CCSB-0002 | Plaistow, NH yard |
| | barge | | | Chelsea, MA job site |
| Link Belt | 125 ton truck crane | HC238 | 22G2-529A | Middleton, MA job |
| Mulitquip | Generator with trailer | 85 KV | 8400021 | Plaistow, NH yard |
| LaBounty | shear | MSD100R | 100956 | Middleton, MA job site |
| LaBounty | shear | MSD100R | 100957 | Auburn, ME job site |
| LaBounty | shear | MSD200 | 100945 | Everett, MA job site |
| LaBounty | shear | MSD200 | 100946 | Plaistow, NH yard |
| LaBounty | shear | | 200110 | Newark, NJ yard |
| Elgin | Three Wheel Sweeper | Pelican SE | S-9260-D | |
| Impact | Single drum compactor | 3000H | KG04R08812 | Plaistow, NH yard |
| Impact | Single drum compactor | 3000H | KG00R0978 | Plaistow, NH yard |
| Caterpillar | Caterpillar Wheel Loader | 992C | 49Z00194 | Slidell, LA job site |
| Komatsu | Komatsu Loader | WA450 | A364467 | Plaistow, NH yard |
| St. Paul Marine | Truckable Push Boat | 25X14x4 | 1078929 | Boston, MA job site |
| St. Paul Marine | Truckable Push Boat | 25X14x4 | 995509 | Slidell, LA job site |
| St. Paul Marine | Truckable Push Boat | 25X14x4 | 1085991 | Chelsea, MA job site |

Testa Leasing Corp.                                      Equipment Description and Location

| LaBounty | MSD Mobile Shear | 3000R | 630149 | Madbury, NH job |
|---|---|---|---|---|
| LaBounty | MSD Mobile Shear | 2000R | 620095 | Middleton, MA job |
| Kruz | Kruz dump trailer | Semi | 1K9SD342X9K226789 | Plaistow, NH yard |
| Kruz | Kruz dump trailer | Semi | 1K9SD34269K226787 | Plaistow, NH yard |
| Caterpillar | Cat water truck | D25D | 1HK00719 | Slidell, LA job site |
| Caterpillar | Cat Wheel Loader | IT62G | AKP00535 | Newark, NJ yard |
| Caterpillar | Cat excavator | 375L | 1JM00433 | Newark, NJ job site |
| Caterpillar | Cat Crawler Tractor | D6RIIXL | AAX01228 | Plaistow, NH yard |
| Peterbilt | Peterbilt Tractor | 379 | 2XP5DB0X44M825274 | Plaistow, NH yard |
| Peterbilt | Peterbilt Tractor | 379 | 2XP5DB0X44M825273 | Plaistow, NH yard |
| Peterbilt | Peterbilt Tractor | 379 | 2XP5DB0X84M825276 | Newark, NJ yard |
| Peterbilt | Peterbilt Tractor | 379 | 2XP5DB0X64M825275 | Plaistow, NH yard |
| Peterbilt | Peterbilt Fuel Truck | 330 | 2NPNHD7X44M813965 | Plaistow, NH yard |